# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC., | ) ) ) |
| Plaintiff, | ) Case No. 2:17-cv-03042-JAD-GWF ) |
| vs. | ) **ORDER** ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 2) dated December 12, 2017, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 2) no later than **January 12, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge