Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Eunice M. Beattie, Esq.
Nevada Bar No. 10382
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com

David Roger, Esq.
Nevada Bar No. 2781
LAS VEGAS POLICE PROTECTIVE ASSOCIATION
9330 West Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 384-8692
Facsimile: (702) 384-7989
droger@lvppa.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION, a Nevada non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, an agency of the State of Nevada; DOE DEFENDANTS 1 through 10; and ROE DEFENDANTS 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-03042-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 12 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Las Vegas Police Protective Association, through its counsel Eunice M. Beattie, Esq., of Sgro & Roger, and Defendant Las Vegas Metropolitan Police Department, through its counsel Nick D. Crosby, Esq., of Marquis Aurbach Coffing, as follows:

IT IS HEREBY STIPULATED AND AGREED that the above entitled matter be dismissed

4832-1483-8858.1

with prejudice and each party bear its own costs and attorney's fees; and

IT IS HEREBY STIPULATED AND AGREED that a scheduling order was entered by the Court on or about February 1, 2018, but no firm trial date has been set as of the date of this Stipulation and Order.

DATED this __26__ day of June, 2018.

SGRO & ROGER

*/s/ Eunice M. Beattie, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada State Bar No. 10382
720 S. Seventh Street, 3rd Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this __27__ day of June, 2018.

MARQUIS AURBACH COFFING

*/s/ Nick. D. Crosby, Esq.*
NICK D. CROSBY, ESQ.
Nevada State Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 27, 2018